IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ardell L. Jenkins,<br><br>Plaintiff,<br><br>v.<br>Cass County Jail et al<br><br><br><br>Defendant(s). | § § § § § § § § § § § | Case No. 3:20-cv-87 |

# PLRA REQUEST TO PLAINTIFF

Upon review, the Clerk notes that you have neglected to file the documents, checked below. Please complete and submit the indicated documents, so that your lawsuit can proceed to the Court for disposition.

- [✓] Request for Waiver of Service of Summons (**AO form 398**)
      (One for each defendant)

- [ ] Complaint (**local form A**)

- [✓] Application to Proceed *in forma pauperis* (**local form B**) or $400.00 filing fee

- [✓] Certificate of Inmate Account and Assets (**local form C**)

Complete and submit the documents, as marked above, to the office indicated below:

[ ] **Office of the Clerk of Court
District of ND, Western Division
PO Box 1193
Bismarck, ND 58502-1193**

[✓] **Office of the Clerk of Court
District of ND, Eastern Division
655 First Avenue North, Suite 130
Fargo, ND 58102-4932**

If the Clerk's office does not receive a response from you by June 6, 2020 your original documents will be returned to you as unfiled.